ZARTNER, Respondent, vs. HOLZHAUER, Appellant.

*October 14, 1930—March 10, 1931.*

For the appellant there were briefs by *McGovern, Curtis, Devos & Reiss* and *J. G. Hardgrove,* all of Milwaukee, and oral argument by *Mr. Hardgrove* and *Mr. Francis E. McGovern.*

*Walter D. Corrigan, Sr.* and *Clifton Williams,* both of Milwaukee, for the respondent.

The following opinion was filed January 13, 1931:

OWEN, J. Andrew S. Zartner, the plaintiff in this action, is a brother of Edward F. Zartner, who is plaintiff in the action of Edward F. Zartner, respondent, vs. Charles Holzhauer, appellant, decided herewith (*ante,* p. 18, 234 N. W. 508). The questions here involved are identical with those

considered in the case of *Edward F. Zartner v. Charles Holz-hauer*. The decision in that case is decisive of this, and necessitates a reversal of the .order appealed from.

*By the Court.*—Order reversed, and cause remanded with instructions to sustain the demurrer to the complaint.

A motion for a rehearing was denied on March 10, 1931.